United States District Court
Southern District of Texas
**ENTERED**
December 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL ADAMS | § |
| | § |
| VS | § CIVIL ACTION NO. H-24-3176 |
| | § |
| TEXAS SOUTHERN UNIVERSITY, et al | § |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff's Motion to Remand (Doc. No. 5), Response in Opposition (Doc. No. 10), and Magistrate Judge Bryan's Memorandum and Recommendation (Doc. No. 14) that the motion should be granted. No objections were filed by the parties and the time for doing so has passed. .

Upon review, the Court agrees with the Magistrate Judge's conclusion. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 14) is **ADOPTED**, and Plaintiff's Motion to Remand (Doc. No. 5) is **GRANTED**. It is further

**ORDERED** that this case be remanded to the 190th Judicial District Court for Harris County, Texas.

SIGNED this 7th day of December 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE